UNITED STATES of America, Plaintiff—Appellee,

v.

George Uriel IBARRA, Defendant— Appellant.

No. 01–50723.

D.C. No. CR–01–01788–JSR.

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002.*

Decided June 19, 2002.

Before RYMER, T.G. NELSON, and THOMAS, Circuit Judges.

## MEMORANDUM**

George Uriel Ibarra appeals his conviction by guilty plea and sentence for one count of importation of marijuana (21 U.S.C. §§ 952, 960) and one count of possession of marijuana with intent to distribute (21 U.S.C. § 841(a)(1)). Ibarra's contention that Sections 952, 960, and 841 are unconstitutional under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is foreclosed by *United States v. Buckland,* 277 F.3d 1173 (9th Cir.2002) (en banc) (§ 841), *United States v. Varela–Rivera,* 279 F.3d 1174, 1175 n. 1

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

(9th Cir.2002) (§ 952), and *United States v. Mendoza–Paz,* 286 F.3d 1104, 1109–1111 (9th Cir.2002) (§ 960).

**AFFIRMED.**